UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )                                 | CASE NO. MJ 13-400 |
| Plaintiff,                     )  | |
| )                                 | |
| v.                                ) | |
| )                                 | DETENTION ORDER |
| JASON LAU,                        ) | |
| )                                 | |
| Defendant.                    )   | |

Offense charged:    Assaulting, Impeding, Resisting, and Interfering with Federal Officers; Flight from an Immigration Checkpoint

Date of Detention Hearing:    August 13, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Complaint with driving his vehicle through a United States border checkpoint, leading Customs and Border Patrol officer in a high speed car chase, resisting apprehension, and engaging in physical aggression with officers, screaming at them to shoot him, and striking one of the officers, before eventual apprehension. When arrested, defendant later allegedly indicated he had no memory of the events, and was off his medication for an unspecified mental disorder and had been so for an extended period of time.

2. The report of Pretrial Services indicates defendant has an extended history of untreated mental illness, and a history of violent behavior. He is reported to have left home for months to years at a time, leaving the country to reside in places such as Guam and Hong Kong or unknown locations, with no contact with his family. Defendant has a minimal employment history and receives Social Security Income disability. There is an active, extraditable warrant for failure to appear for a mental health proceeding in King County, and his criminal history includes numerous failures to appear an to comply with court orders.

3. Defendant poses a risk of nonappearance due to the outstanding warrant, a history of failing to appear, a history of leaving the country and the family home for extended periods, and untreated mental health issues. Defendant poses a risk of danger due to the nature of the charges, a history of behavioral issues in court, criminal history, and extended periods of lack of treatment for mental health issues.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>13th</u> day of August, 2013.

_____
Mary Alice Theiler
Chief United States Magistrate Judge